PARCEL 49C LIMITED
PARTNERSHIP,
Appellant,

v.

Lurita Alexis DOAN, Administrator,
General Services Administration,
Appellee.

No. 05–1525.

United States Court of Appeals,
Federal Circuit.

June 14, 2006.

Before RADER, Circuit Judge,
PLAGER, Senior Circuit Judge, and
LINN, Circuit Judge.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered it is ORDERED and AD-JUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

Henry C. HIGGINS, Petitioner,

v.

DEPARTMENT OF THE AIR
FORCE, Respondent.

No. 05–3263.

United States Court of Appeals,
Federal Circuit.

June 14, 2006.

Rehearing Denied Aug. 31, 2006.

Before NEWMAN, SCHALL, and DYK,
Circuit Judges.

JUDGMENT

PER CURIAM

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED: *AFFIRMED*. *See* Fed. Cir. R. 36